GEORGE G. LAWRENCE *vs.* NATIONAL FIRE INSURANCE COMPANY.

CONTRACT upon a policy dated September 1, 1877, by which the defendant insured the plaintiff "$400 on his saloon, furniture and fixtures, and $100 on his stock in trade, consisting principally of wines, liquors and cigars, all contained in basement of brick building, situate No. 16 Elm Street and 77½ Hanover Street, Boston."

At the trial in the Superior Court, the plaintiff testified that he bought the place, with the stock and fixtures, in August 1877, and took possession and commenced business September 1, 1877; that his stock consisted only of liquors and cigars; that his fixtures were the general fixtures of the building, and he had a bar, tables and crockery; that his business was selling liquors and lunch; that immediately after September 1 he made an application for a license, and received one in October, dated October 1, 1877.

The defendant contended that the plaintiff could not recover, because the building was intended to be used by the plaintiff for an unlawful purpose at the time when the policy was taken out. A verdict was ordered for the defendant, and the case reported for the determination of this court, according to whose opinion judgment was to be entered on the verdict, or a new trial ordered.

*Robert W. Nason*, for the plaintiff.

*E. C. Gilman*, for the defendant.

BY THE COURT. The plaintiff being engaged in the unlawful business of selling intoxicating liquors without a license at the time of the making and acceptance of the policy and for a month afterwards, the policy never attached. The case cannot be distinguished from that of *Johnson* v. *Union Ins. Co.*, *supra*.                   *Judgment on the verdict.*